IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                        ORDER

                Plaintiff,

                                                                        08-cr-51-bbc

    v.

JOHN JACQUES,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     At a hearing scheduled for sentencing in this case, Mr. Jacques advised the court that he had filed a motion to withdraw his plea of guilty.  Neither defendant's counsel nor the Assistant United States Attorney was aware of the motion, nor was the court.

     Although as I explained to defendant, it is highly unlikely that his motion to withdraw his plea will be granted, I agreed to continue the sentencing hearing and give the government until January 15, 2009, in which to respond to the pro se motion filed by defendant. Defendant may have until January 26, 2009, in which to submit a reply. Defendant is

1

reminded to send copies of anything he sends to the court to his counsel and to the Assistant United States Attorney.

Entered this 5th day of January, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge