IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                           ORDER

                 Plaintiff,

                                                         08-cr-51-bbc

     v.

JOHN JACQUES,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant has filed a motion for reconsideration of the court's order of February 12, 2009, denying his motion to withdraw his guilty plea. In support of his motion defendant attaches correspondence with his lawyer as well as the log of his movement history and harassment complaints at the Columbia County Jail. Nothing in defendant's motion persuades me that it was error to dismiss his motion.

ORDER

      IT IS ORDERED that defendant's motion for reconsideration of the court's order of

1

Case: 3:08-cr-00051-bbc   Document #: 42   Filed: 03/12/09   Page 2 of 2

February 12, 2009, denying his motion to withdraw his guilty plea is DENIED.

Entered this 12th day of March, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2